UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE THOMAS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES HARTLEY, WARDEN,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-00828-OWW-TAG  (HC)<br><br>ORDER GRANTING REQUEST<br>FOR EXTENSION OF TIME<br>TO FILE ANSWER<br><br>(Doc. 14) |

On November 10, 2008, Respondent filed a motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Doc. 14). The Court has considered Respondent's request, finds that good cause exists to grant it, and makes the following order:

1. Respondent's request for an extension of time to file an answer is GRANTED; and

2. Respondent shall have to and including Friday, December 12, 2008 to file an answer.

IT IS SO ORDERED.

Dated:  **November 10, 2008**　　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE